WING ON WO v. UNITED STATES.

(Circuit Court, S. D. New York. July 11, 1906.)

No. 4,154.

CUSTOMS DUTIES—CLASSIFICATION—DRIED LIZARDS—DRUG.

Dried lizards, used by the Chinese in compounding a medicine, are drugs within the meaning of Tariff Act July 24, 1897, c. 11, § 2, Free List, par. 548, 30 Stat. 197 [U. S. Comp. St. 1901, p. 1683].

On Application for Review of a Decision of the Board of United States General Appraisers.

The decision below affirmed the assessment of duty by the collector of customs at the port of New York on the authority of a previous decision. G. A. 5,977 (T. D. 26,186).

Everit Brown, for importer.

D. Frank Lloyd, Asst. U. S. Atty.

WHEELER, District Judge. These are lizards dried in pairs on bamboo and used in compounding sirup for Chinese medicine, and appear to be essentially a drug, such as the dried insects, etc., of Tariff Act July 24, 1897, c. 11, § 2, Free List, par. 548, 30 Stat. 193 [U. S. Comp. St. 1901, p. 1683]. Therefore they do not go under section

6, 30 Stat. 205 [U. S. Comp. St. 1901, p. 1693], as nonenumerated unmanufactured articles where classified.

Decision reversed.